IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GUILLERMO SUAREZ AVILA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-44-RP |
| HAYS COUNTY JAIL and HAYS COUNTY, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On June 8, 2022, the Court issued an order adopting Judge Mark Lane's report and recommendation and dismissing Plaintiff's complaint. (Dkt. 12). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 15, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE